

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of E.T.V., a child,

No. 11-15-00162-CV

* From the 326th District Court
of Taylor County,
Trial Court No. 07698-CX.

* August 6, 2015

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Appellant's motion to dismiss the appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.